**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION**

**CASE NO. 0:22-CV-61648-AHS**

GOVERNMENT EMPLOYEES INSURANCE CO.,
GEICO INDEMNITY CO., GEICO GENERAL
INSURANCE COMPANY and GEICO CASUALTY CO.,

    Plaintiffs,

vs.

TITAN WELLNESS CENTERS OF FORT MYERS,
L.L.C., HOA H. NGUYEN, D.C., ISO-DIAGNOSTICS
TESTING, INC, DAVID BARUCH, JOEL D. STEIN, D.O.,
P.A., and JOEL D. STEIN, D.O.,

    Defendants.
_____/

### *UNOPPOSED* SECOND MOTION FOR EXTENSION OF TIME TO FILE A RESPONSE TO THE COMPLAINT UNTIL BY OR BEFORE NOVEMBER 9, 2022

Defendant, ISO-DIAGNOSTICS TESTING, INC., files this Unopposed Second Motion for Extension of Time to Respond to the Complaint Until November 9, 2022.

Defendant was served on September 8, 2022, and a response to the Complaint was therefore due by or before September 29, 2022. On October 5, 2022, this Court entered a paperless Order granting ISO-DIAGNOSTICS TESTING, INC.'s initial Motion for Extension of Time fo File a Response to the Complaint, providing that ISO-DIAGNOSTICS TESTING, INC. is to file a response to the Complaint by October 17, 2022 [Doc. 12].

The undersigned's firm is still investigating the facts of this matter and needs additional time to respond to the Plaintiffs' Complaint. Further, the attorney for ISO-DIAGNOSTIC TESTING, INC. that has been communicating with Plaintiffs' counsel regarding this matter recently had

surgery, and complications associated with said surgery, and, as such, requests additional time to communicate with Plaintiffs' counsel and formulate a response to the Complaint in this matter. For the aforementioned reasons, Defendant's counsel respectfully requests that this Court grant this Unopposed Motion for Extension of Time to File a Response to the Complaint until by or before November 9, 2022.

/s/ Kevin R. Jackson
Law Offices of Kevin Jackson, P.A.
1136 SE 3rd Avenue
Fort Lauderdale, FL 33316
Phone: (954) 779-2272
Florida Bar No. 0153230
Filings@krjlaw.com
***Attorney for Defendant, ISO-Diagnostics Testing, Inc.***

**CERTIFICATE OF CONFERENCE**

I HEREBY CERTIFY that counsel for Plaintiff has stated, via telephone on October 19, 2022, that they do not oppose the requested extension.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing document has been filed via electronic mail with the Clerk of the Court by using CM/ECF System which will send a notice of electronic filing to all attorneys who are authorized to receive service.

/s/ Kevin R. Jackson
Kevin R. Jackson, Esq.