UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-61648-CIV-SINGHAL

GOVERNMENT EMPLOYEES INSURANCE CO.,
GEICO INDEMNITY CO., GEICO GENERAL
INSURANCE COMPANY, and GEICO CASUALTY
CO.,

    Plaintiffs,

v.

TITAN WELLNESS CENTERS OF FORT MYERS,
L.L.C., HOA H. NGUYEN, D.C., ISO-
DIAGNOSTICS TESTING, INC., DAVID BARUCH,
JOEL D. STEIN, D.O., P.A., and JOEL D. STEIN,
D.O.,

    Defendants.
_____/

## ORDER OF DISMISSAL WITH PREJUDICE

**THIS CAUSE** came before the Court on Plaintiff's stipulation of dismissal as to Defendants David Baruch and ISO-Diagnostics Testing, Inc. (DE [133]). The Court having reviewed the stipulation and the docket, and being otherwise advised in the premises, it is hereby

**ORDERED AND ADJUDGED** that this matter is **DISMISSED WITH PREJUDICE as to two Defendants, David Baruch and ISO Diagnostics Testing, Inc**.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 13th day of October 2023.

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies to counsel of record via CM/ECF