UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-61648-CIV-SINGHAL

GOVERNMENT EMPLOYEES INSURANCE
CO. *et al.*,

    Plaintiffs,

vs.

TITAN WELLNESS CENTERS OF FORT
MYERS *et al.*,

    Defendants.
_____/

## ORDER OF DISMISSAL WITH PREJUDICE

**THIS CAUSE** came before the Court on the Joint Stipulation for Dismissal with Prejudice as to Defendants Hoa H. Nguyen and Titan Wellness Centers of Fort Myers, L.L.C., filed by Plaintiffs. (DE [391]). The Court having reviewed the Stipulation for Dismissal and the docket, it is hereby

**ORDERED AND ADJUDGED** that this matter is **DISMISSED WITH PREJUDICE as to Defendants Hoa H. Nguyen and Titan Wellness Centers of Fort Myers, L.L.C., only**, each party to bear its own costs and attorney's fees.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 15th day of October 2024.

RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies to counsel of record via CM/ECF