UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-61648-CIV-SINGHAL

GOVERNMENT EMPLOYEES INSURANCE
CO. *et al.*,

      Plaintiffs,

vs.

TITAN WELLNESS CENTERS OF FORT
MYERS, L.L.C. *et al.*,

      Defendants.

_____/

## ORDER OF DISMISSAL WITH PREJUDICE

**THIS CAUSE** came before the Court on the Joint Stipulation of Dismissal with Prejudice as to the claims against Defendants Joel D. Stein, D.O., and Joel D. Stein, D.O., P.A., filed by the parties. (DE [396]).  The Court having reviewed the Stipulation of Dismissal and the docket, it is hereby

**ORDERED AND ADJUDGED** that this matter is **DISMISSED WITH PREJUDICE** as to Joel D. Stein, D.O., and Joel D. Stein, D.O., P.A., each party to bear its own costs and attorney's fees. The Clerk is directed to **CLOSE** this case, and any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 25th day of November 2024.

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies to counsel of record via CM/ECF